

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Catarino Mireles Rodriguez, Sr.,    * From the 266th District Court
                of Erath County,
                Trial Court No. 10838

Vs. No. 11-14-00217-CR      * August 18, 2016

The State of Texas,        * Memorandum Opinion by Bailey, J.
                (Panel consists of: Wright, C.J.,
                Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.